certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. A. Grace* for petitioner. *Messrs. Arthur M. Boal* and *H. C. Hughes* for respondent.

No. 994. WONG YIM *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James M. Hanley* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 996. WOMEN'S CATHOLIC ORDER OF FORESTERS *v.* CITY OF ENNIS ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas C. Hall* for petitioner. *Mr. James G. Martin* for respondents.

No. 998. BIELSKI *v.* SAMUELS. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. William S. Doty* and *Thomas A. Thornton* for petitioner.

No. 1000. ARNOLD, JUDGE OF THE PROBATE COURT, *v* WYERS. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Julius T. Muench* for petitioner.

No. 1002. FISKE ET AL. *v.* WALLACE. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Ap-